UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GREGORY ALLEN FISHER, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> HARMONY PUBLIC SCHOOLS, et al., <br><br>  Defendants. | No. 5:23-CV-183-H-BQ |

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for lack of subject matter jurisdiction and failure to comply with Court orders. Dkt. No. 7 at 2. No objections were filed, and the plaintiffs have taken no action in this case since the filing of the complaint. *See* Dkt. No. 1.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiffs' claims against the defendants are dismissed without prejudice for lack of subject matter jurisdiction and failure to comply with Court orders.

So ordered on January 4, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE